CERTIFICATE OF SERVICE

I Tierra Bell-Hamm certified that I served a copy of this notice and the attached motion of each entity shown on the service list below. I have sent certified mail and have attached a copy of the receipts. I have also sent successful delivered faxes and issued phone calls to my creditors and debtors. Here is a list of everyone I notified via mail and via fax

Sba- U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918.

Chase Bank- **Court Orders & Levies**

Bridgecrest fax number - 866-895-3504

Comed fax number - 215-841-4474

Nicor gas -P.O. Box 4569 Atlanta, GA 30302-4569. Contact ...

Citi bank -CitiBank, N.A. C/o legal service intake unit 1 court square, 31st flr Long island city, NY 11120 Tel 866-582-6249 Fax 347-809-6937

AT&T Fax - 888-938-4715.

Synchrony bank - Contacts · Synchrony Financial 777 Long Ridge Road Stamford, CT 06902. United States

Geico insurance -GEICO Public Affairs Department

Wells Fargo-420 Montgomery Street, San Francisco, California 94163

City of Chicago collections- Fax 312.744.5185.

Illinois Toll -· Belvidere Oasis (I-90) · Chicago Southland Lincoln Oasis (I-294/I-80) · Lake Forest Oasis (I-94).

Us Bank - 1200 Energy Park Dr. St. Paul, MN 55108.

BMO Harris Fax- 262-938-8169

Tbf financial- 870 Sheridan Rd, Highwood, IL 60040 Address

Peoples gas - Peoples
P.O. Box 535323
Pittsburgh, PA 15253-5323

Verizon wireless -. One Verizon Way, Basking Ridge, New Jersey 07920,

Mission Lane- **General Correspondence Address**
Mission Lane LLC
PO Box 105286
Atlanta, GA 30348-5286

First progress Fax- 866 706-5543

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 25 2024

JEFFREY P. ALLSTEADT, CLERK

Tierra Bell-Hamm